IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

FILED
JAN 2 3 2018
DAVID CREWS, CLERK
BY _____ Deputy

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 1:18CR005
                                                      18 U.S.C. § 922(g)(1)
TYRONE D. RIMMER

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about May 15, 2017, in the Northern District of Mississippi, the defendant, Tyrone D. RIMMER, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, that is a Hi Point, Model HC-45, .45 caliber semi-automatic pistol, in violation of Title 18, United States Code, Sections 922(g)(1).

_____
UNITED STATES ATTORNEY

A TRUE BILL:

*/s/redacted signature*
FOREPERSON

1